UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE J. CASTLE, individually and on behalf of all others similarly situated ) ) | |
| Plaintiff(s), ) ) | Case No. 1:19-cv-06441 |
| v. ) ) | Honorable Steven C. Seeger |
| FEDCHEX RECOVERY, LLC d/b/a FCR COLLECTION SERVICES, ) ) ) | |
| Defendant. ) ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Mandatory Initial Discovery Responses | January 31, 2020 |
| Amendment to the pleadings | March 16, 2020 |
| Service of process on any "John Does" | No "John Does" have been named. |
| Completion of Fact Discovery | May 18, 2020 |
| Disclosure of Plaintiff's Expert Report(s) | One month after the close of fact discovery: June 18, 2020 |
| Deposition of Plaintiff's Expert | July 17, 2020 |
| Disclosure of Defendant's Expert Report(s) | June 18, 2020 |
| Deposition of Defendant's Expert | July 17, 2020 |
| Dispositive Motions | One month after the close of expert discovery: August 17, 2020 |

Date:   January 24, 2020

Steven C. Seeger
United States District Judge